# Exhibit A

Registered Nov. 16, 1943    Trade-Mark 404,248

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Franisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of February 20, 1905

Application September 25, 1942, Serial No. 455,769



## STATEMENT

*To the Commissioner of Patents:*

Levis Strauss & Company, a corporation duly organized under the laws of the State of California and located at the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for WAISTBAND TYPE OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since the year 1873. The trade-mark consists of double arcuate designs of orange color displayed on the hip pockets of the overalls as shown on the drawing. The mark is applied to the overalls by stitching the double arcuate designs on the hip pockets with orange colored thread, or by painting the lines of said design on the hip pockets with orange colored paint.

No claim is made to the exclusive use of the representation of a pair of overalls.

The undersigned hereby appoints Castberg & Roemer, a firm composed of Thomas Castberg and Irving C. Roemer, whose address is 807 Crocker Building, San Francisco, California, and whose registration number is 15,030, as its attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By DANIEL E. KOSHLAND,
*Vice President.*

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,139,254

United States Patent and Trademark Office   Registered Sep. 2, 1980

## TRADEMARK
Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif. 94106

For: PANTS, JACKETS, SKIRTS, DRESSES AND SHORTS, in CLASS 25 (U.S. CL. 39).
First use 1873; in commerce 1873.
Owner of U.S. Reg. No. 404,248.

Ser. No. 169,399. Filed May 8, 1978.

M. J. LEAHY, Primary Examiner

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,794,649
Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1873; IN COMMERCE 0-0-1873.

THE MARK CONSISTS OF A DOUBLE ARCUATE DESIGN.

SER. NO. 78-142,765, FILED 7-10-2002.

GINNY ISAACSON, EXAMINING ATTORNEY

*Design Only* : Q6State ST-2

| | |
|---|---|
| **State** | CALIFORNIA |
| **Owner** | LEVI STRAUSS & CO. |
| **Renewed To** | LEVI STRAUSS & CO.<br>DELAWARE CORPORATION<br>1155 BATTERY STREET<br>SAN FRANCISCO CALIFORNIA 94111<br>**Renewed:** 06-JUL-1998<br>**Renewal Registration Number:** 15637<br>LEVI STRAUSS & CO.<br>DELAWARE CORPORATION<br>1155 BATTERY ST.<br>SAN FRANCISCO CALIFORNIA 94111<br>**Renewed:** 24-AUG-2008<br>LEVI STRAUSS & CO.<br>CORPORATION<br>1155 BATTERY STREET<br>SAN FRANCISCO CALIFORNIA 94111<br>**Renewed:** 21-AUG-2013<br>**Renewal Registration Number:** 19891 |
| **Registrant** | LEVI STRAUSS & CO.<br>DELAWARE CORPORATION<br>1155 BATTERY STREET<br>SAN FRANCISCO CALIFORNIA 94111 |
| **Status** | Renewed (Registered) (CA) - 88399 |
| **Chronology** | **Registered:** 24-AUG-1988<br>**Registration Number:** 88399<br>**Renewed:**<br>06-JUL-1998<br>24-AUG-2008<br>21-AUG-2013<br>**Renewal Registration Number:**<br>15637<br>19891 |
| **Mark Type** | TRADEMARK |
| **Goods and Services** | **25 39**<br>Pants, shirts and jackets<br>**First Use in State:** 1873<br>**First Use Anywhere:** 1873 |
| **Design Type** | DESIGN ONLY |
| **Design Phrase** | A DEVICE CREATED BY TWO CONCENTRIC ARCS PLACED ON POCKETS IN SUCH A MANNER THAT THEY MEET IN THE CENTER THEREOF, USUALLY APPLIED BY STITCHING |
| **Manner Of Display** | ON LABELS AND TAGS AFFIXED TO THE GOODS; BY PRINTING IT DIRECTLY ONTO THE GOODS |