# Exhibit B





Exhibit B-1



Exhibit B-2



Exhibit B-3



Exhibit B-4



Exhibit B-5