




Exhibit D-1



Exhibit D-2



Exhibit D-3




Exhibit D-4



Exhibit D-5



Exhibit D-6



Exhibit D-7




Exhibit D-8



Exhibit D-9