
# Exhibit E



Exhibit E - 1



Exhibit E - 2



Exhibit E – 3



Exhibit E - 4



Exhibit E – 5

