# Exhibit F

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office
Renewal

Reg. No. 849,437
Registered May 21, 1968
OG Date Nov. 29, 1988

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY ST.
SAN FRANCISCO, CA 94111, BY MERGER AND CHANGE OF NAME LEVI STRAUSS & CO. (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

FOR: TROUSERS, JACKETS, SHORTS, SHIRTS, SKIRTS, AND VESTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 10-10-1966; IN COMMERCE 10-10-1966.

SER. NO. 257,497, FILED 10-28-1966.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 29, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

U.S. Cl.: 39

Reg. No. 1,135,196

U.S. Patent and Trademark Office                Reg. May 13, 1980

## TRADEMARK
Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif. 94106

For: Garments—Namely, Pants and Shoes —in Class 25. (U.S. Cl. 39).
First use Apr. 15, 1975; in commerce Apr. 15, 1975.
Owner of U.S. Reg. Nos. 1,041,846, 849,437 and 1,011,825.

Ser. No. 176,009. Filed June 26, 1978.

JEFFREY KAUFMAN, Primary Examiner

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,259,153

United States Patent and Trademark Office  Registered July 6, 1999

## SERVICE MARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: RETAIL STORE SERVICES IN THE FIELD OF CLOTHING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1990; IN COMMERCE 12-31-1990.

OWNER OF U.S. REG. NOS. 250,265, 1,122,468 AND OTHERS.

SER. NO. 75-449,347, FILED 3-12-1998.

AMY DIXON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,653,689**
**Registered Dec. 9, 2014**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PROVIDING STADIUM FACILITIES FOR SPORTING AND ENTERTAINMENT EVENTS; PROVIDING INFORMATION RELATING TO SPORTING AND ENTERTAINMENT EVENTS VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-17-2014; IN COMMERCE 7-17-2014.

OWNER OF U.S. REG. NOS. 849,437 AND 2,259,153.

THE MARK CONSISTS OF A BATWING DESIGN CONTAINING THE "LEVI'S" WORD MARK.

SN 85-928,107, FILED 5-9-2013.

ANNE MADDEN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office