



Exhibit G - 1




**Exhibit G – 2**



Exhibit G - 3