# Exhibit H



Exhibit H – 1



Exhibit H – 2



Exhibit H - 3