```
Valerie W. Ho (SBN 200505)
Jie (Lisa) Li (SBN 260474)
GREENBERG TAURIG, LLP
Four Embarcadero Center
Suite 3000
San Francisco, California 94111
Telephone:  415.655.1300
Facsimile:   415.707.2010
hov@gtlaw.com
lil@gtlaw.com

Attorneys for Defendants
Shein Group Limited
Shein Fashion Group, Inc.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHEIN GROUP LIMITED and<br>SHEIN FASHION GROUP, INC.,<br><br>　　　　　Defendants. | CASE NO. 5:18-CV-05247-VKD<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that it has:

　　(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).

　　(2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

　　(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED:  November 7, 2018　　　　　　Signed: _____

　　　　　　　　　　　　　　　　　　　　YIKAI WEI
　　　　　　　　　　　　　　　　　　　　Shein Group Limited

DATED: November 7, 2018          Signed: _____
                                         YIKAI WEI
                                         Shein Fashion Group, Inc.


DATED: November 7, 2018          Signed: */s/ Valerie W. Ho*
                                         Valerie W. Ho
                                         Greenberg Traurig, LLP
                                         Attorneys for Defendants

     Counsel further certifies that she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

X    intend to stipulate to an ADR process

·    prefer to discuss ADR selection with the Assigned Judge at the case management conference.


DATED: November 7, 2018          GREENBERG TRAURIG, LLP


                                 By: */s/ Valerie W. Ho*
                                     GREENBERG TRAURIG, LLP
                                     Valerie W. Ho (SBN 200505)
                                     Jie (Lisa) Li (SBN 260474)
                                     Four Embarcadero Center, Suite 3000
                                     San Francisco, California 94111
                                     Telephone: 415.655.1300
                                     Facsimile: 415.707.2010

                                     Attorneys for Defendants
                                     Shein Group Limited
                                     Shein Fashion Group, Inc.