```
KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN T. BRICKER (State Bar No. 269100)
GIA L. CINCONE (State Bar No. 141668)
CALLA E. YEE (State Bar No. 306652)
Two Embarcadero Center, Suite 1900
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300
E-Mail:      ggilchrist@kilpatricktownsend.com
             rbricker@kilpatricktownsend.com
             gcincone@kilpatricktownsend.com
             cyee@kilpatricktownsend.com
```

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>             Plaintiff,<br><br>     v.<br><br>SHEIN GROUP LIMITED and<br>SHEIN FASHION GROUP, INC.,<br><br>             Defendants. | Case No. 5:18-cv-05247-VKD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complait filed August 28, 2018<br>Magistrate Judge Virginia K. DeMarchi |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and as a result of the parties' settlement of the claims raised in this lawsuit by agreement, Plaintiff Levi Strauss & Co. voluntarily dismisses without prejudice its claims in this action as to Defendants Shein Group Limited and Shein Fashion Group, Inc.

/ / /

/ / /

/ / /

NOTICE OF VOLUNTARY DISMISSAL
Case No. 5:18-cv-05247-VKD

- 1 -

1  As of this date, neither Shein Group Limited nor Shein Fashion Group, Inc., has filed an
2  answer or otherwise responded to the Complaint.

4  Dated:  December 28, 2018         Respectfully submitted,

5                                    KILPATRICK TOWNSEND & STOCKTON LLP

7                                    By:  /s/ *Ryan T. Bricker*
8                                         Ryan T. Bricker

9                                    Attorneys for Plaintiff
                                     LEVI STRAUSS & CO.

11  71437815V.1